## TWEEDIE FOOTWEAR CORPORATION, Appellant, v. Julius BERWALD et al., Appellees.

### No. 11344.

Court of Civil Appeals of Texas. Dallas. Oct. 28, 1933.

Fred J. Dudley and Robert G. Storey, both of Dallas, for appellant.

Elihu E. Berwald, of Dallas, for appellees.

JONES, Chief Justice.

This is a companion case to that of Hamilton-Brown Shoe Company v. Julius Berwald et al., 65 S.W.(2d) 377, this day decided by this court. The record is precisely the same, except as to the name of appellant and the amount sued for, which in the instant case is $1,896.55. Judgment in favor of appellees was entered in the trial court, and, under the authority of the companion case this day decided, this judgment must be affirmed, and it is so ordered.

Affirmed.